IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    vs.              Criminal No. 11-60027
                   Criminal No. 94-60032

JIMMIE HAROLD ELLIS                                         DEFENDANT

**ORDER**

Now on this 2nd day of October 2012, comes on for consideration the above-styled causes. It appearing to the Court that the parties have reached an agreement in Criminal Case No. 6:11-cr-60027, the jury trial in the matter is hereby canceled and all related deadlines terminated. In lieu of trial, a Change of Plea hearing is set for **Monday, October 15, 2012 at 10:00 AM** in Hot Springs, Arkansas. Counsel are directed to immediately deliver a copy of the parties' plea agreement to rtdinfo@arwd.uscourts.gov. Further, the revocation hearing set in Criminal Case No. 6:94-cr-60032 for Tuesday, October 16, 2012 at 11:00 AM is hereby **CANCELED** to be reset at a later time.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge